| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Stein, Sidney H | 2. Court or Organization Southern District of New York | 3. Date of Report 8/16/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.C. Judge - Active Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 500 Pearl Street New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Member, Board of Directors | ███████████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | West Group - Royalty | $4,970.65 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | ███████ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  MONEY MARKETS | | | | | | | | | |
| 2.  JPMORGAN U.S. GOVT. | ▮▮▮ | ▮▮▮ | ▮▮▮ | | | | | | |
| 3.  DREYFUS MUNI MKT FD | ▮▮▮ | ▮▮▮ | ▮▮▮ | | | | | | |
| 4.  COMMON STOCKS | | | | | | | | | |
| 5.  BANKAMERICA CORP. COM. | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | | | |
| 6.  BERKSHIRE HATHAWAY CORP. COM. | | ▮▮▮ | | | | | | | |
| 7.  FEDERAL NATIONAL MTG ASSN COM. | ▮▮▮ | ▮▮▮ | | | | | | | |
| 8.  5180 GRANT AVENUE CORP. | ▮▮▮ | ▮▮▮ | | | | | | | |
| 9.  MICROSOFT CORP. COM. | | | | | ▮▮▮ | | | | |
| 10.  MICROSOFT CORP. COM. | | | | | ▮▮▮ | | | | |
| 11.  MICROSOFT CORP. COM. | | | | | ▮▮▮ | | | | |
| 12.  MICROSOFT CORP. COM. | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | | | |
| 13.  ARROW ELECTRIC | | ▮▮▮ | | | | | | | |
| 14.  CSX CORP. | ▮▮▮ | ▮▮▮ | | | | | | | |
| 15.  MEDTRONIC INC. | | | | | ▮▮▮ | ▮▮▮ | | | |
| 16.  MEDTRONIC INC. | ▮▮▮ | | | | ▮▮▮ | | | | |
| 17.  NORFOLK SOUTHERN | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | | | | |
| 18.  SEARS ROEBUCK | ▮▮▮ | | | | ▮▮▮ | | | | |



1.  Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2.  Value Codes:       J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3.  Value Method Codes       Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AMERICAN ELECTRIC POWER | ▅▅▅▅▅▅▅▅ | | | | ▅▅▅▅▅▅ | | | | |
| 20. CHUBB CORP. | ▅▅▅▅▅▅ | | | | | | | | |
| 21. COOPER TIRE & RUBBER | ▅▅▅▅▅ | | | | | | | | |
| 22. FEDERATED DEPT. STORES | ▅▅▅▅▅ | | | | | | | | |
| 23. GENUINE PARTS CO. | ▅▅▅▅ | | | | ▅▅▅▅▅ | | | | |
| 24. INGRAM MICRO INC. | | ▅▅▅▅ | | | ▅▅▅▅▅ | | | | |
| 25. MAY DEPT. STORES | | | | | ▅▅▅▅▅ | | | | |
| 26. MAY DEPT. STORES | ▅▅▅ | | | | ▅▅▅▅ | | | | |
| 27. OCCIDENTAL PET. | ▅▅▅▅▅▅ | | | | | | | | |
| 28. SUPERVALUE INC. | ▅▅▅▅ | | | | | | | | |
| 29. VF CORP. | ▅▅▅▅▅ | | | | | | | | |
| 30. WISCONSIN ENERGY | ▅▅▅▅▅ | | | | | | | | |
| 31. AMERICAN INT'L GROUP INC. | | | | | ▅▅▅▅ | | | | |
| 32. AMERICAN INT'L GROUP INC. | ▅▅▅▅▅▅▅▅ | | | | | | | | |
| 33. AVNET, INC. | | | | | ▅▅▅▅ | | | | |
| 34. AVNET, INC. | ▅▅▅▅▅ | | | | ▅▅▅▅ | | | | |
| 35. BURLINGTON NORTHERN SANTA FE CORP. | ▅▅▅▅▅▅▅▅ | | | | | | | | |
| 36. NATIONAL CITY CORP. | ▅▅▅▅▅▅ | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. TECH DATA CORP. | | | | | | | | | |
| 38. COMCAST CORP. CL. A | | | | | | | | | |
| 39. FLEET BOSTON FINANCIAL | | | | | | | | | |
| 40. FREDDIE MAC | | | | | | | | | |
| 41. GOLDEN WEST FINANCIAL | | | | | | | | | |
| 42. LEAR CORPORATION | | | | | | | | | |
| 43. LEHMAN BROTH. HOLDINGS | | | | | | | | | |
| 44. MAGNA INTL. INC. CLASS A | | | | | | | | | |
| 45. NORTEL NETWORKS CORP. | | | | | | | | | |
| 46. NORTEL NETWORKS CORP. | | | | | | | | | |
| 47. PFIZER INC. | | | | | | | | | |
| 48. PFIZER INC. | | | | | | | | | |
| 49. PFIZER INC. | | | | | | | | | |
| 50. SMURFIT STONE | | | | | | | | | |
| 51. SOLECTRON CORP. | | | | | | | | | |
| 52. SOLECTRON CORP. | | | | | | | | | |
| 53. SOLECTRON CORP. | | | | | | | | | |
| 54. SOLECTRON CORP. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. TELLABS INC. | | | | | ▓▓▓▓▓ | | | | |
| 56. TELLABS INC. | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 57. VIACOM INC. CLASS B | ▓▓▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 58. WACHOVIA CORP. | ▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 59. WAL-MART STORES INC. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 60. WAL-MART STORES INC. | | | | | ▓▓▓▓▓ | | | | |
| 61. WAL-MART STORES INC. | ▓▓▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 62. WASHINGTON MUT. | | | | | ▓▓▓▓▓ | | | | |
| 63. WASHINGTON MUT. | ▓▓▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 64. ANDARKO PETROLEUM | | | | | ▓▓▓▓▓ | | | | |
| 65. ANDARKO PETROLEUM | ▓▓▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 66. APACHE CORP. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 67. BJ SERVICES CO. | | | | | ▓▓▓▓▓ | | | | |
| 68. BJ SERVICES CO. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 69. BAKER HUGHES | | ▓▓ | | | ▓▓▓▓▓ | | | | |
| 70. BED BATH & BEYOND | | ▓▓▓▓▓ | | | | | | | |
| 71. CARMAX INC. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 72. CARMAX INC. | | ▓▓ | | | ▓▓▓▓▓▓▓ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. CHINA TELECOM CORP. LTD. | | | | | � | | | | |
| 74. CHINA TELECOM CORP. LTD. | ▀ | | | | ▀ | | | | |
| 75. CIGNA CORP. | ▀ | | | | ▀ | | | | |
| 76. CISCO SYSTEMS | | | | | ▀ | | | | |
| 77. CISCO SYSTEMS | | ▀ | | | ▀ | | | | |
| 78. CONOCO PHILLIPS | | | | | ▀ | | | | |
| 79. CONOCO PHILLIPS | ▀ | | | | | | | | |
| 80. CONSTELLATION ENERGY | ▀ | | | | | | | | |
| 81. COOPER INDUSTRIES CL. A | ▀ | | | | | | | | |
| 82. DELL COMPUTERS | | | ▀ | | | | | | |
| 83. EMC CORP. MASS. | | | | | ▀ | | | | |
| 84. EMC CORP. MASS. | | ▀ | | | ▀ | | | | |
| 85. EBAY INC. | | | | | ▀ | | | | |
| 86. EBAY INC. | | | | | ▀ | | | | |
| 87. EBAY INC. | | ▀ | | | ▀ | | | | |
| 88. FOREST LABS CL. A | | | | | ▀ | | | | |
| 89. FOREST LABS CL. A | | | | | ▀ | | | | |
| 90. FOREST LABS CL. A | | ▀ | | | ▀ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. GILIAD SCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 92. GILEAD SCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 93. GILEAD SCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 94. GILEAD SCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 95. GILEAD SCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 96. GILEAD SCIENCES | | ▮▮▮▮▮ | | | ▮▮▮▮▮ | | | | |
| 97. HEWLETT PACKARD | | | | | ▮▮▮▮▮ | | | | |
| 98. HEWLETT PACKARD | ▮▮▮▮▮ | | | | ▮▮▮▮▮ | | | | |
| 99. JANUS CORE EQUITY FUND (IRA) | ▮▮▮▮▮ | | | | | | | | |
| 100. LIZ CLAIBORNE | ▮▮▮▮▮ | | | | ▮▮▮▮▮ | | | | |
| 101. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 102. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 103. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 104. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 105. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 106. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 107. MARTEK BIOSCIENCES | | | | | ▮▮▮▮▮ | | | | |
| 108. MARTEK BIOSCIENCES | | ▮▮▮▮▮ | | | ▮▮▮▮▮ | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Stein, Sidney H | | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109.  MEAD WESTVACO CORP. | ███████ | | ███████ | | ███████ | | | | |
| 110.  METLIFE INC. | ███████ | | ███████ | | ███████ | | | | |
| 111.  NABORS INDUSTRIES LTD. | | ███████ | | | | | | | |
| 112.  PPL CORP. | ███████ | | | | ███████ | | | | |
| 113.  SCHLUMBERGER LTD. | | | | | ███████ | | | | |
| 114.  SCHLUMBERGER LTD. | | | | | ███████ | | | | |
| 115.  SCHLUMBERGER | ███████ | | ███████ | | ███████ | | | | |
| 116.  SPRINT CORP. | ███████ | | ███████ | | | | | | |
| 117.  TRAVELERS PROPERTY CASUALTY A (Now ST. PAUL TRAVELERS) | ███████ | | ███████ | | | | | | |
| 118.  VALERO REFINING | ███████ | | | | ███████ | | | | |
| 119.  ALTRIA GROUP INC. | ███████ | | ███████ | | | | | | |
| 120.  AMERICAN POWER CONVERSION CORP. | ███████ | | | | ███████ | | | | |
| 121.  ASPEN INSURANCE HOLDINGS LTD. | | ███ | | | ███████ | | | | |
| 122.  AVENTIS S.A. ADR | | ███ | | | ███████ | | | | |
| 123.  BP PLC | | | | | ███████ | | | | |
| 124.  BP PLC | | | | | ███████ | | | | |
| 125.  BP PLC | ███████ | | ███████ | | ███████ | | | | |
| 126.  CHEVRON TEXACO | ███████ | | ███████ | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. CITIGROUP INC. | | | | | ██████ | | | | |
| 128. CITIGROUP INC. | | | | | ██████ | | | | |
| 129. CITIGROUP INC. | | | | | ██████ | | | | |
| 130. CITIGROUP INC. | ████████████████████████ | | | | ██████ | | | | |
| 131. CO STAR GROUP | | | | | ██████ | | | | |
| 132. CO STAR GROUP | | | | | ██████ | | | | |
| 133. CO STAR GROUP | | | | | ██████ | | | | |
| 134. CO STAR GROUP | | | | | ██████ | | | | |
| 135. CO STAR GROUP | | | | | ██████ | | | | |
| 136. CO STAR GROUP | | | | | ██████ | | | | |
| 137. CO STAR GROUP | | | | | ██████ | | | | |
| 138. CO STAR GROUP | | | | | ████████ | | | | |
| 139. CO STAR GROUP | | | | | ████████████ | | | | |
| 140. CO STAR GROUP | | ████████████████████████ | | | ██████████████ | | | | |
| 141. CRAY INC. | | | | | ██████████ | | | | |
| 142. CRAY INC. | | | | | ██████ | | | | |
| 143. CRAY INC. | | ████ | | | ██████ | | | | |
| 144. CYBERONICS | | ████ | | | ████████ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 8/16/2005 |
| Stein, Sidney H | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 146. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 147. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 148. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 149. DOT HILL SYSTEMS | | | | | P▮▮▮▮ | | | | |
| 150. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 151. DOT HLL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 152. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 153. DOT HILL SYSTEMS | | | | | ▮▮▮▮ | | | | |
| 154. DOT HILL SYSTEMS | | ▮ | | | ▮▮▮▮ | | | | |
| 155. ENTERGY CORP. | ▮▮▮▮ | | | | | | | | |
| 156. FLEXTRONICS | | ▮▮▮▮ | | | | | | | |
| 157. FOREST OIL CORP. | | | | | ▮▮▮▮ | | | | |
| 158. FOREST OIL CORP. | | | | | ▮▮▮▮ | | | | |
| 159. FOREST OIL CORP. | | ▮ | | | ▮▮▮▮ | | | | |
| 160. GENERAL ELECTRIC | | | | | ▮▮▮▮ | | | | |
| 161. GENERAL ELECTRIC | ▮▮▮▮ | | | | | | | | |
| 162. GETTY IMAGES | | | | | ▮▮▮▮ | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. GETTY IMAGES | | ████████████████████ | | | | | | | |
| 164. GLAXO SMITHKLINE | ████████ | | | | | | | | |
| 165. GOLDMAN SACHS GROUP INC. | | | | | ████████ | | | | |
| 166. GOLDMAN SACHS GROUP INC. | | | | | ████████ | | | | |
| 167. GOLDMAN SACHS GROUP INC. | ███████████████████ | | | | | | | | |
| 168. HARTFORD FINANCIAL SERV. GROUP INC. | ███████████████████ | | | | | | | | |
| 169. HUNT (JB) TRANSPORTATION | | | | | ████████ | | | | |
| 170. HUNT (JB) TRANSPORTATION | | | | | ████████ | | | | |
| 171. HUNT (JB) TRANSPORTATION | | | | | ████████ | | | | |
| 172. HUNT (JB) TRANSPORTATION | ████████ | | | | ████████ | | | | |
| 173. HYPERION SOLUTIONS | | | | | ████████ | | | | |
| 174. HYPERION SOLUTIONS | | | | | ████████ | | | | |
| 175. HYPERION SOLUTIONS | | ██ | | | ████████ | | | | |
| 176. JOHNSON & JOHNSON | ████████ | | | | ████████ | | | | |
| 177. KROGER CO. | | | | | ████████ | | | | |
| 178. KROGER CO. | | | | ████████████ | | | | | |
| 179. MARTEN TRANSPORT LTD. | | | | | ████████ | | | | |
| 180. MARTEN TRANSPORT LTD. | | | | | ████████ | | | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. MARTEN TRANSPORT LTD. | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 182. MCDATA CORP. CL. A | | | | | ▮▮▮▮▮▮▮ | | | | |
| 183. MCDATA CORP. CL. A | | | | | ▮▮▮▮▮▮▮ | | | | |
| 184. MCDATA CORP. CL. A | | ▮▮ | | | ▮▮▮▮▮▮▮ | | | | |
| 185. NBTY INC. | | ▮▮ | | | ▮▮▮▮▮▮ | | | | |
| 186. NETSCREEN TECHNOLOGIES | | | | | ▮▮▮▮▮▮ | | | | |
| 187. NETSCREEN TECHNOLOGIES | | | | | ▮▮▮▮▮▮ | | | | |
| 188. NETSCREEN TECHNOLOGIES | | | | | ▮▮▮▮▮ | | | | |
| 189. NETSCREEN TECHNOLOGIES | | | | | ▮▮▮▮▮▮ | | | | |
| 190. NETSCREEN TECHNOLOGIES | | ▮ | | | ▮▮▮▮▮▮▮ | | | | |
| 191. NOVARTIS AG | ▮▮▮▮▮ | | | | ▮▮▮▮▮▮ | | | | |
| 192. NOVELL INC. | | | | | ▮▮▮▮▮▮ | | | | |
| 193. NOVELL INC. | | ▮ | | | ▮▮▮▮▮ | | | | |
| 194. OPEN SOLUTIONS INC. | | ▮ | | | ▮▮▮▮▮ | | | | |
| 195. PARTNERRE LTD. | ▮▮▮▮ | | | | ▮▮▮▮▮ | | | | |
| 196. PEPSICO | ▮▮▮▮▮▮▮▮▮ | | | | | | | | |
| 197. PROTEIN DESIGN LABS | | | | | ▮▮▮▮▮▮▮▮ | | | | |
| 198. PROTEIN DESIGN LABS | | | | | ▮▮▮▮▮▮ | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. PROTEIN DESIGN LABS | | ██████ | ██████████ | | ████████████ | | | | |
| 200. QUEST SOFTWARE | | ████████ | ██████████ | | ██████████████ | | | | |
| 201. RENAISSANCERE HOLDINGS LTD. | ██████ | | | | ██████ | | | | |
| 202. RESMED INC. | | | | | █████████ | | | | |
| 203. RESMED INC. | | | | | █████████ | | | | |
| 204. RESMED INC. | | | | | █████████ | | | | |
| 205. RESMED INC. | | | | | ████████ | | | | |
| 206. RESMED INC. | | | | | █████████ | | | | |
| 207. RESMED INC. | | | | | █████████ | | | | |
| 208. RESMED INC. | | | | | ██████████ | | | | |
| 209. RESMED INC. | | ████ | | | █████████ | | | | |
| 210. SAFEWAY, INC. | | ████ | ████ | | | | | | |
| 211. TELIK INC. | | | | | ██████ | | | | |
| 212. TELIK INC. | | | | | ██████ | | | | |
| 213. TELIK INC. | | ░ | | | ████████ | | | | |
| 214. TELIK INC. | | | | | ██████ | | | | |
| 215. TELIK INC. | | | | | ██████████ | | | | |
| 216. TELIK INC. | | None | | | █████████ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 217. TESSERA TECHNOLOGIES | | ███ | | | ███████████ | | | | |
| 218. TEXTRON INC. | | | | | ███████ | | | | |
| 219. TEXTRON INC. | ██████████████ | | | | ██████ | | | | |
| 220. 3 COM CORP. | | ███ | | | ███████ | | | | |
| 221. VISTACARE CL. A | | ███ | | | ██████ | | | | |
| 222. WYETH | ██████ | | | | ██████ | | | | |
| 223. X M SATELLITE RADIO CL. A | | | | | ████████ | | | | |
| 224. X M SATELLITE RADIO CL. A | | | ████████████ | | | | | | |
| 225. AUDIO CODES LTD. | | | | | ██████ | | | | |
| 226. AUDIO CODES LTD. | | | | | ██████ | | | | |
| 227. AUDIO CODES LTD. | | | | | █████ | | | | |
| 228. AUDIO CODES LTD. | | | | | ██████ | | | | |
| 229. AUDIO CODES LTD. | | | | | █████ | | | | |
| 230. AUDIO CODES LTD. | | | | | ██████ | | | | |
| 231. AUDIO CODES LTD. | | | | | █████ | | | | |
| 232. AUDIO CODES LTD. | | | | | █████ | | | | |
| 233. AUDIO CODES LTD. | | | ███████████ | | | | | | |
| 234. AQUANTIVE INC. | | | | | ██████ | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. AQUANTIVE INC. | | | | | ███████ | | | | |
| 236. AQUANTIVE INC. | | | | | ███████ | | | | |
| 237. AQUANTIVE INC. | | | | | ███████ | | | | |
| 238. AQUANTIVE INC. | | | | | ███████ | | | | |
| 239. AQUANTIVE INC. | | | | | ███████ | | | | |
| 240. AQUANTIVE INC. | | | | | ███████ | | | | |
| 241. AQUANTIVE INC. | | | | | ███████ | | | | |
| 242. AQUANTIVE INC. | | | | | ███████ | | | | |
| 243. AQUANTIVE INC. | | | | | ███████ | | | | |
| 244. AQUANTIVE INC. | | | | | ███████ | | | | |
| 245. AQUANTIVE INC. | | | | | ███████ | | | | |
| 246. AQUANTIVE INC. | | | | | ███████ | | | | |
| 247. AQUANTIVE INC. | | | | | ███████ | | | | |
| 248. AQUANTIVE INC. | | | | | ███████ | | | | |
| 249. AQUANTIVE INC. | | | | | ███████ | | | | |
| 250. AQUANTIVE INC. | | | | | ███████ | | | | |
| 251. AQUANTIVE INC. | | | | | ███████ | | | | |
| 252. AQUANTIVE INC. | | | | | ███████ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. AQUANTIVE INC. | | | | | ▓▓▓▓ | | | | |
| 254. AQUANTIVE INC. | | | | | ▓▓▓▓ | | | | |
| 255. AQUANTIVE INC. | | | | | ▓▓▓▓ | | | | |
| 256. AQUANTIVE INC. | | | | | ▓▓▓▓ | | | | |
| 257. AQUANTIVE INC. | | | | | ▓▓▓▓ | | | | |
| 258. AQUANTIVE INC. | | | | | ▓▓▓▓ | | | | |
| 259. AQUANTIVE INC. | | ▓▓ | | | ▓▓▓▓ | | | | |
| 260. ARBINET HOLDINGS | | | | | ▓▓▓▓ | | | | |
| 261. ARBINET HOLDINGS | | ▓▓ | | | ▓▓▓▓ | | | | |
| 262. ARCHIPELAGO HOLDINGS | | | | | ▓▓▓▓ | | | | |
| 263. ARCHIPELAGO HOLDINGS | | ▓▓ | ▓▓▓▓ | | | | | | |
| 264. ASK JEEVES INC. | | | | | ▓▓▓▓ | | | | |
| 265. ASK JEEVES INC. | | | | | ▓▓▓▓ | | | | |
| 266. ASK JEEVES INC. | | ▓▓ | | | ▓▓▓▓ | | | | |
| 267. AVON PRODUCTS | | | | | ▓▓▓▓ | | | | |
| 268. AVON PRODUCTS | | | | | ▓▓▓▓ | | | | |
| 269. AVON PRODUCTS | ▓▓▓ | | | | ▓▓▓▓ | | | | |
| 270. BEST BUY INC. | | | | | ▓▓▓▓ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. BEST BUY INC. | | | | | ███████ | | | | |
| 272. BEST BUY INC. | | | | | ███████ | | | | |
| 273. BEST BUY INC. | | | | | ███████ | | | | |
| 274. BEST BUY INC. | ███████ | | | | ███████ | | | | |
| 275. BILL BARRETT CORP. | | ███████ | | | ███████ | | | | |
| 276. BLACKBOARD INC. | | | | | ███████ | | | | |
| 277. BLACKBOARD INC. | | ███ | | | ███████ | | | | |
| 278. BLUE COAT SYSTEMS | | | | | ███████ | | | | |
| 279. BLUE COAT SYSTEMS | | | | | ███████ | | | | |
| 280. BLUE COAT SYSTEMS | | ███ | | | ███████ | | | | |
| 281. BLUE NILE INC. | | | | | ███████ | | | | |
| 282. BLUE NILE INC. | | | | | ███████ | | | | |
| 283. BLUE NILE INC. | | | | | ███████ | | | | |
| 284. BLUE NILE INC. | | | | | ███████ | | | | |
| 285. BLUE NILE INC. | | | | | ███████ | | | | |
| 286. BLUE NILE INC. | | | | | ███████ | | | | |
| 287. BLUE NILE INC. | | ███ | | | ███████ | | | | |
| 288. BOEING CO. | | | | | ███████ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. BOEING CO. | | | | | | | | | |
| 290. BORG WARNER | | | | | | | | | |
| 291. BRUNSWICK CORP. | | | | | | | | | |
| 292. BRUNSWICK CORP. | | | | | | | | | |
| 293. CABELA'S INC. CLASS A | | | | | | | | | |
| 294. CABELA'S INC. CLASS A | | | | | | | | | |
| 295. CALLWAVE INC. | | | | | | | | | |
| 296. CALLWAVE INC. | | | | | | | | | |
| 297. CHEROKEE INC. | | | | | | | | | |
| 298. CHEROKEE INC. | | | | | | | | | |
| 299. CHEROKEE INC. | | | | | | | | | |
| 300. CHEROKEE INC. | | | | | | | | | |
| 301. CHEROKEE INC. | | | | | | | | | |
| 302. CHEROKEE INC. | | | | | | | | | |
| 303. CHINA NET COM GROUP | | | | | | | | | |
| 304. CHINA NET COM GROUP | | | | | | | | | |
| 305. CHINA NET COM GROUP | | | | | | | | | |
| 306. CHINA NET COM GROUP | | | | | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                                         P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)             U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CHINA NET COM GROUP | | | | | | | | | |
| 308. COGENT INC. | | | | | | | | | |
| 309. COGENT INC. | | | | | | | | | |
| 310. COLDWATER CREEK | | | | | | | | | |
| 311. COLDWATER CREEK | | | | | | | | | |
| 312. COLDWATER CREEK | | | | | | | | | |
| 313. COLDWATER CREEK | | | | | | | | | |
| 314. COLDWATER CREEK | | | | | | | | | |
| 315. COLDWATER CREEK | | | | | | | | | |
| 316. COLDWATER CREEK | | | | | | | | | |
| 317. COLDWATER CREEK | | | | | | | | | |
| 318. COLDWTER CREEK | | | | | | | | | |
| 319. COLDWATER CREEK | | | | | | | | | |
| 320. COLDWATER CREEK | | | | | | | | | |
| 321. COLDWATER CREEK | | | | | | | | | |
| 322. COLDWATER CREEK | | | | | | | | | |
| 323. CUMMINS INC. | | | | | | | | | |
| 324. CUMMINS INC. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 325. CUMMINS INC. | | | | | ▓▓▓ | | | | |
| 326. CUMMINS INC. | | | | | ▓▓▓ | | | | |
| 327. CUMMINS INC. | | | | | ▓▓▓ | | | | |
| 328. CUMMINS INC. | | | | | ▓▓▓ | | | | |
| 329. CUMMINS INC. | ▓▓▓ | | | | ▓▓▓ | | | | |
| 330. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 331. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 332. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 333. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 334. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 335. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 336. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 337. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 338. CV THERAPEUTICS | | | | | ▓▓▓ | | | | |
| 339. CV THERAPEUTICS | | ▓▓▓ | | | ▓▓▓ | | | | |
| 340. CYTOKINETIS | | | | | ▓▓▓ | | | | |
| 341. CYTOKINETIS | | | | | ▓▓▓ | | | | |
| 342. CYTOKINETIS | | ▓▓▓ | | | ▓▓▓ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. DESIGN WITHIN REACH | | | | | ██████████ | | | | |
| 344. DESIGN WITHIN REACH | | | | | ██████████ | | | | |
| 345. DESIGN WITHIN REACH | | | | | ██████████ | | | | |
| 346. DESIGN WITHIN REACH | | ████ | | | ██████████ | | | | |
| 347. DIGRAD CORP. | | | | | ██████████ | | | | |
| 348. DIGRAD CORP. | | ████ | | | ██████████ | | | | |
| 349. DREAMWORKS ANIMATION | | | | | ██████████ | | | | |
| 350. DREAMWORKS ANIMATION | | ████ | ████████████ | | | | | | |
| 351. DR HORTON INC. | | | | | ██████████ | | | | |
| 352. DR HORTON INC. | | | | | | | | | |
| 353. DR HORTON INC. | | | ████████████████ | | | | | | |
| 354. EDUCATE INC. | | | | | ██████████ | | | | |
| 355. EDUCATE INC. | | ████ | | | ██████████ | | | | |
| 356. ELONG INC. - ADR | | | | | ██████████ | | | | |
| 357. ELONG INC. - ADR | | ████ | | | ███████████ | | | | |
| 358. EOG RESOURCES | | | | | ██████████ | | | | |
| 359. EOG RESOURCES | | | ████████████████████ | | | | | | |
| 360. 51 JOB INC. | | | | | ██████████ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. 51 JOB INC. | | | | | | | | | |
| 362. FLIR SYSTEMS | | | | | | | | | |
| 363. FLIR SYSTEMS | | | | | | | | | |
| 364. FLIR SYSTEMS | | | | | | | | | |
| 365. FLIR SYSTEMS | | | | | | | | | |
| 366. GEN PROBE INC. | | | | | | | | | |
| 367. GEN PROBE INC. | | | | | | | | | |
| 368. GEN PROBE INC. | | | | | | | | | |
| 369. GEN PROBE INC. | | | | | | | | | |
| 370. GEN PROBE INC. | | | | | | | | | |
| 371. GENENTECH INC. | | | | | | | | | |
| 372. GREENHILL & CO. | | | | | | | | | |
| 373. GREENHILL & CO. | | | | | | | | | |
| 374. GTECH HOLDING | | | | | | | | | |
| 375. GTECH HOLDING | | | | | | | | | |
| 376. GTECH HOLDING | | | | | | | | | |
| 377. GTECH HOLDING | | | | | | | | | |
| 378. GUIDANT CORP. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. GUIDANT CORP. | ███ | | | | ███ | | | | |
| 380. HARRIS & HARRIS | | | | | ███ | | | | |
| 381. HARRIS & HARRIS | | | | | ███ | | | | |
| 382. HARRIS & HARRIS | | | | | ███ | | | | |
| 383. HARRIS & HARRIS | | | | | ███ | | | | |
| 384. HARRIS & HARRIS | | | | | ███ | | | | |
| 385. HARRIS & HARRIS | | | | | ███ | | | | |
| 386. HARRIS & HARRIS | | | | | ███ | | | | |
| 387. HARRIS & HARRIS | | | | | ███ | | | | |
| 388. HARRIS & HARRIS | | ███ | | | | | | | |
| 389. HOUSEVALUES, INC. | | | | | ███ | | | | |
| 390. HOUSEVALUES, INC. | | ███ | | | ███ | | | | |
| 391. HUGHES SUPPLY INC. | | | | | ███ | | | | |
| 392. HUGHES SUPPLY INC. | | | | | ███ | | | | |
| 393. HUGHES SUPPLY INC. | | | | | ███ | | | | |
| 394. HUGHES SUPPLY INC. | | | | | ███ | | | | |
| 395. HUGHES SUPPLY INC. | | ███ | | | ███ | | | | |
| 396. I FLOW CORP. | | | | | ███ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. I FLOW CORP. | | | | | ████████ | | | | |
| 398. I FLOW CORP. | | | | | ████████ | | | | |
| 399. I FLOW CORP. | | | | | ████████ | | | | |
| 400. I FLOW CORP. | | | | | ████████ | | | | |
| 401. I FLOW CORP. | | | | | ████████ | | | | |
| 402. I FLOW CORP. | | | | | ████████ | | | | |
| 403. I FLOW CORP. | | | | | ████████ | | | | |
| 404. I FLOW CORP. | | | | | ████████ | | | | |
| 405. I FLOW CORP. | | | | | ████████ | | | | |
| 406. I FLOW CORP. | | | | | ████████ | | | | |
| 407. I FLOW CORP. | | | | | ████████ | | | | |
| 408. I FLOW CORP. | | | | | ████████ | | | | |
| 409. I FLOW CORP. | | | | | ████████ | | | | |
| 410. I FLOW CORP. | | ████ | | | ████████ | | | | |
| 411. INPHONIC INC. | | | | | ████████ | | | | |
| 412. INPHONIC INC. | ████████████ | | | | | | | | |
| 413. INTERPUBLIC GROUP | | | | | ████████ | | | | |
| 414. INTERPUBLIC GROUP | | | | | ████████ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| Stein, Sidney H | | 8/16/2005 | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 415. INTERPUBLIC GROUP | | | | | ████ | | | | |
| 416. INTERPUBLIC GROUP | | ████ | | | ████ | | | | |
| 417. INTERSECTIONS INC. | | | | | ████ | | | | |
| 418. INTERSECTIONS INC. | | | | | ████ | | | | |
| 419. INTERSECTIONS INC. | | | | | ████ | | | | |
| 420. INTERSECTIONS INC. | | | | | ████ | | | | |
| 421. INTERSECTIONS INC. | | | | | ████ | | | | |
| 422. INTERSECTIONS INC. | | | | | ████ | | | | |
| 423. INTERSECTIONS INC. | | | | | ████ | | | | |
| 424. INTERSECTIONS INC. | | | | | ████ | | | | |
| 425. INTERSECTIONS INC. | | | | | ████ | | | | |
| 426. INTERSECTIONS INC. | | | | | ████ | | | | |
| 427. INTERSECTIONS INC. | | | | | ████ | | | | |
| 428. INTERSECTIONS INC. | | | | | ████ | | | | |
| 429. INTERSECTIONS INC. | | | | | ████ | | | | |
| 430. INTERSECTIONS INC. | | | | | ████ | | | | |
| 431. INTERSECTIONS INC. | | | | | ████ | | | | |
| 432. INTERSECTIONS INC. | | | | | ████ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 433. INTERSECTIONS INC. | | | | | ████ | | | | |
| 434. INTERSECTIONS INC. | | | | | ████ | | | | |
| 435. INTERSECTIONS INC. | | ██ | | | ████ | | | | |
| 436. INTRALASE CORP. | | | | | ████ | | | | |
| 437. INTRALASE CORP. | | | | | ████ | | | | |
| 438. INTRALASE CORP. | | ██ | | | ████ | | | | |
| 439. JAMDAT MOBILE INC. | | | | | ████ | | | | |
| 440. JAMDAT MOBILE INC. | | ██ | | | ████ | | | | |
| 441. JONES APPAREL | | | | | ████ | | | | |
| 442. JONES APPAREL | ████ | | | | | | | | |
| 443. J JILL GROUP | | | | | ████ | | | | |
| 444. J JILL GROUP | | | | | ████ | | | | |
| 445. J JILL GROUP | | | | | ████ | | | | |
| 446. J JILL GROUP | | | | | ████ | | | | |
| 447. J JILL GROUP | | | | | ████ | | | | |
| 448. J JILL GROUP | | | | | ████ | | | | |
| 449. J JILL GROUP | | | | | ████ | | | | |
| 450. J JILL GROUP | | | | | ████ | | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. J JILL GROUP | | | | | ▮▮▮ | | | | |
| 452. J JILL GROUP | | | | | ▮▮▮ | | | | |
| 453. J JILL GROUP | | | | | ▮▮▮ | | | | |
| 454. J JILL GROUP | | | | | ▮▮▮ | | | | |
| 455. J JILL GROUP | | ▮▮▮ | | | ▮▮▮ | | | | |
| 456. JP MORGAN CHASE | | | | | ▮▮▮ | | | | |
| 457. JP MORGAN CHASE | ▮▮▮ | | | | ▮▮▮ | | | | |
| 458. KANBAY INTERNATIONAL | | ▮▮▮ | | | ▮▮▮ | | | | |
| 459. LAS VEGAS SANDS CORP. | | ▮▮▮ | | | ▮▮▮ | | | | |
| 460. LINKSTONE LTD. | | | | | ▮▮▮ | | | | |
| 461. LINKSTONE LTD. | | | | | ▮▮▮ | | | | |
| 462. LINKSTONE LTD. | | | | | ▮▮▮ | | | | |
| 463. LINKSTONE LTD. | | ▮▮▮ | | | ▮▮▮ | | | | |
| 464. MANULIFE FINANCIAL | | | | | ▮▮▮ | | | | |
| 465. MANULIFE FINANCIAL | | ▮▮▮ | | | ▮▮▮ | | | | |
| 466. MARKETAXESS HLDGS. | | | | | ▮▮▮ | | | | |
| 467. MARKETAXESS HLDGS. | | | | | ▮▮▮ | | | | |
| 468. MARKETAXESS HLDGS. | | | | | ▮▮▮ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 470. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 471. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 472. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 473. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 474. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 475. MARKETAXESS HLDGS. | | | | | ███████ | | | | |
| 476. MARKETAXESS HLDGS. | | ████████ | | | ███████ | | | | |
| 477. MARVEL TECHNOLOGY | | | | | ███████ | | | | |
| 478. MARVEL TECHNOLOGY | | | | | ███████ | | | | |
| 479. MARVEL TECHNOLOGY | | ████ | | | ███████ | | | | |
| 480. MEDCO HEALTH SOLUTUIONS | | | | | ███████ | | | | |
| 481. MEDCO HEALTH SOLUTIONS | | ████████ | | | | | | | |
| 482. MICROSYSTEM INC. | | | | | ███████ | | | | |
| 483. MICROSYSTEM INC. | | | | | ███████ | | | | |
| 484. MICROSYSTEM INC. | | | | | ███████ | | | | |
| 485. MICROSYSTEM INC. | | | | | ███████ | | | | |
| 486. MICROSYSTEM INC. | | | | | ███████ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 488. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 489. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 490. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 491. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 492. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 493. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 494. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 495. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 496. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 497. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 498. MICROSYSTEM INC. | | | | | ██████████ | | | | |
| 499. MICROSYSTEM INC. | | ██████████████████ | | | | | | | |
| 500. NAVTEQ CORP. | | | | | ██████████ | | | | |
| 501. NAVTEQ CORP. | | | | | ██████████ | | | | |
| 502. NAVTEQ CORP. | | | | | ██████████ | | | | |
| 503. NAVTEQ CORP. | ██████ | | | | ██████████ | | | | |
| 504. NEOPHARM INC. | | | | | ██████████ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 505. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 506. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 507. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 508. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 509. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 510. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 511. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 512. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 513. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 514. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 515. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 516. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 517. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 518. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 519. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 520. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 521. NEOPHARM INC. | | | | | ▮▮▮ | | | | |
| 522. NEOPHARM INC. | | | | | ▮▮▮ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. NEOPHARM INC. | | ▓ | | | ▓ | | | | |
| 524. NETEASE COM INC. | | | | | ▓ | | | | |
| 525. NETEASE COM INC. | | | | | ▓ | | | | |
| 526. NETEASE COM INC. | | | | | ▓ | | | | |
| 527. NETEASE COM INC. | | ▓ | | | | | | | |
| 528. NINETOWNS DIGITAL WORLD | | | | | ▓ | | | | |
| 529. NINETOWNS DIGITAL WORLD | | ▓ | | | | | | | |
| 530. NOKIA CORP. | | | | | ▓ | | | | |
| 531. NOKIA CORP. | | ▓ | | | | | | | |
| 532. ORANGE 21 INC. | | ▓ | | | | | | | |
| 533. PATTERSON UTI ENERGY | | | | | ▓ | | | | |
| 534. PATTERSON UTI ENERGY | | | | | ▓ | | | | |
| 535. PATTERSON UTI ENERGY | | ▓ | | | | | | | |
| 536. PROCTOR & GAMBLE | | | | | ▓ | | | | |
| 537. PROCTOR & GAMBLE | | ▓ | | | | | | | |
| 538. QUICKSILVER RESOURCES | | | | ▓ | ▓ | | | | |
| 539. QUICKSILVER RESOURCES | | | ▓ | | | | | | |
| 540. RANGE RESOURCES | | ▓ | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. RED HAT INC. | | | | | ▓▓▓▓▓ | | | | |
| 542. RED HAT INC. | | | | | ▓▓▓▓▓ | | | | |
| 543. RED HAT INC. | | | | | ▓▓▓▓▓ | | | | |
| 544. RED HAT INC. | ▓▓▓▓▓ | | | | | | | | |
| 545. RED ROBIN GOURMET BURGERS | | | | | ▓▓▓▓▓ | | | | |
| 546. RED ROBIN GOURMET BURGERS | ▓▓▓▓▓ | | | | | | | | |
| 547. ROYAL CARIBBEAN CRUISES | | | | | ▓▓▓▓▓ | | | | |
| 548. ROYAL CARIBBEAN CRUISES | | | | | ▓▓▓▓▓ | | | | |
| 549. ROYAL CARIBBEAN CRUISES | ▓▓▓▓▓ | | | | | | | | |
| 550. SALES FORCE.COM INC. | | | | | ▓▓▓▓▓ | | | | |
| 551. SALES FORCE.COM INC. | ▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 552. SHANDA INTERACTIVE | | | | | ▓▓▓▓▓ | | | | |
| 553. SHANDA INTERACTIVE | | | | | ▓▓▓▓▓ | | | | |
| 554. SHANDA INTERACTIVE | ▓▓▓▓▓ | | | | | | | | |
| 555. SHOPPING.COM LTD. | | | | | ▓▓▓▓▓ | | | | |
| 556. SHOPPING.COM LTD. | | | | | ▓▓▓▓▓ | | | | |
| 557. SHOPPING.COM LTD. | | | | | ▓▓▓▓▓ | | | | |
| 558. SHOPPING.COM LTD. | | | | | ▓▓▓▓▓ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. SHOPPING.COM LTD. | | | | | | | | | |
| 560. SINA CORP. | | | | | | | | | |
| 561. SINA CORP. | | | | | | | | | |
| 562. STAKTEK HOLDINGS | | | | | | | | | |
| 563. STAKTEK HOLDINGS | | | | | | | | | |
| 564. STAKTEK HOLDINGS | | | | | | | | | |
| 565. STAKTEK HOLDINGS | | | | | | | | | |
| 566. STAKTEK HOLDINGS | | | | | | | | | |
| 567. STAKTEK HOLDINGS | | | | | | | | | |
| 568. STAKTEK HOLDINGS | | | | | | | | | |
| 569. STAKTEK HOLDINGS | | | | | | | | | |
| 570. STAKTEK HOLDINGS | | | | | | | | | |
| 571. STAKTEK HOLDINGS | | | | | | | | | |
| 572. STAKTEK HOLDINGS | | | | | | | | | |
| 573. STAKTEK HOLDINGS | | | | | | | | | |
| 574. STAKTEK HOLDINGS | | | | | | | | | |
| 575. STAKTEK HOLDINGS | | | | | | | | | |
| 576. STAKTEK HOLDINGS | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting<br>Stein, Sidney H | | Date of Report<br>8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 577. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 578. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 579. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 580. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 581. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 582. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 583. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 584. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 585. STAKTEK HOLDINGS | | | | | ██████ | | | | |
| 586. STAKTEK HOLDINGS | | ████ | | | ██████ | | | | |
| 587. SUNTRUST BANK | ████████████████████████████ | | | | | | | | |
| 588. SUPPORT COM | | | | | ██████ | | | | |
| 589. SUPPORT COM | | | | | ██████ | | | | |
| 590. SUPPORT COM | | | | | ██████ | | | | |
| 591. SUPPORT COM | | | | | ██████ | | | | |
| 592. SUPPORT COM | | | | | ██████ | | | | |
| 593. SUPPORT COM | | | | | ██████ | | | | |
| 594. SUPPORT COM | | ████ | | | ██████ | | | | |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. SYMMETRY MEDICAL | | | | | ▓▓▓▓▓▓ | | | | |
| 596. SYMMETRY MEDICAL | | ▓▓ | | | ▓▓▓▓▓▓▓▓▓▓ | | | | |
| 597. TEXAS ROADHOUSE INC. CLASS A | | | | | ▓▓▓▓▓ | | | | |
| 598. TEXAS ROADHOUSE INC. CLASS A | | ▓▓▓▓▓▓▓▓ | | | ▓▓▓▓▓▓▓▓ | | | | |
| 599. TIBCO SOFTWARE | | | | | ▓▓▓▓▓▓ | | | | |
| 600. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 601. TIBCO SOFTWARE | | | | | ▓▓▓ | | | | |
| 602. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 603. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 604. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 605. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 606. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 607. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 608. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 609. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 610. TIBCO SOFTWARE | | | | | ▓▓▓▓ | | | | |
| 611. TIBCO SOFTWARE | | ▓▓ | | | ▓▓▓▓ | | | | |
| 612. THE 9 LTD. | | | | | ▓▓▓▓ | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. THE 9 LTD. | | | | | | | | | |
| 614. TIME WARNER | | | | | | | | | |
| 615. TIME WARNER | | | | | | | | | |
| 616. TIME WARNER | | | | | | | | | |
| 617. UNILEVER NV | | | | | | | | | |
| 618. VNUSMEDICAL TECH. | | | | | | | | | |
| 619. VNUSMEDICAL TECH. | | | | | | | | | |
| 620. WEBSEN INC. | | | | | | | | | |
| 621. WEBSEN INC. | | | | | | | | | |
| 622. WEBSEN INC. | | | | | | | | | |
| 623. XL CAPITAL CLASS A | | | | | | | | | |
| 624. XEROX | | | | | | | | | |
| 625. XEROX | | | | | | | | | |
| 626. XYRATEX LTD. | | | | | | | | | |
| 627. XYRATEX LTD. | | | | | | | | | |
| 628. XYRATEX LTD. | | | | | | | | | |
| 629. XYRATEX LTD. | | | | | | | | | |
| 630. YAHOO INC. | | | | | | | | | |



1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 631. YAHOO INC. | | | | | | | | | |
| 632. YAHOO INC. | | | | | | | | | |
| 633. | | | | | | | | | |
| 634. TAX EXEMPT BONDS | | | | | | | | | |
| 635. NY ST TWY AUTH HWY & BRDG TR FD SER A N/C AMBAC | | | | | | | | | |
| 636. NEW YORK ST HSG FIN AGY GEN HSG SER B | | | | | | | | | |
| 637. NEW YORK ST MTG AGY REV HOMETOWN MTG-29-A-RMKT | | | | | | | | | |
| 638. NY STATE POWER AUTH GEN REV ETM SER A | | | | | | | | | |
| 639. NY STATE PWR AUTH REV & GEN PURP SER DETM | | | | | | | | | |
| 640. TRIBORO BRIDGE & TUNNEL AUTH 4.75% 1/1/05 | | | | | | | | | |
| 641. NEW YORK STATE POWER AUTH SER G 1/1/10 | | | | | | | | | |
| 642. NEW YORK STATE LOCAL GOVT. ASST. 4/1/05 | | | | | | | | | |
| 643. RENSSALAER CTY N.Y. | | | | | | | | | |
| 644. NYS MTG AGY | | | | | | | | | |
| 645. NYS THWY. AUTH. | | | | | | | | | |
| 646. NEW YORK ST. HSG. FIN. AGY. GEN. SER. A | | | | | | | | | |
| 647. NEW YORK STATE POWER AUTH. | | | | | | | | | |
| 648. DUTCHESS CTY, NY 5%, 8/1/09 | | | | | | | | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 649. NYS DORM. AUTH. 5.375%, 2/15/07 | ███ | ███ | ███ | | | | | | |
| 650. NYS URBAN DEV. 5.2%, 1/1/04 | ███ | ███ | | | ███ | ███ | | | |
| 651. NYS SER. A 5%, 3/15/14 | ███ | ███ | | | | | | | |
| 652. MTA N.Y. 5%, 7/1/11 | ███ | ███ | | | | | | | |
| 653. TRIBOROUGH BRIDGE & TUNNEL 5.2%, 1/1/20 | ███ | ███ | ███ | | | | | | |
| 654. N.Y.S. ENV. 5.25%, 10/15/20 | ███ | ███ | ███ | | | | | | |
| 655. MUTUAL FUNDS | | | | | | | | | |
| 656. BRANDYWINE FUND INC. | | ███ | | | | | | | |
| 657. VANGUARD 500 INDEX FUND | ███ | ███ | | | | | | | |
| 658. DAVIS NY VENTURE FUND INC. CL. A | ███ | ███ | | | | | | | |
| 659. ICAP FUNDS | | | | | ███ | | | | |
| 660. ICAP EQUITY | | | | | ███ | | | | |
| 661. ICAP EQUITY | | | | | ███ | | | | |
| 662. ICAP EQUITY | | | | | ███ | | | | |
| 663. ICAP EQUITY | | | | | ███ | | | | |
| 664. ICAP EQUITY | | | | | ███ | | | | |
| 665. ICAP EQUITY | ███ | ███ | ███ | | ███ | | | | |
| 666. ALLIANCE MUNICIPAL INCOME FUND | | | ███ | | ███ | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 667. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 668. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 669. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 670. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 671. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 672. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 673. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 674. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 675. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 676. ALLIANCE MUNICIPAL INCOME FUND | | | | | ███████ | | | | |
| 677. ALLIANCE MUNICIPAL INCOME FUND | ████████████████████████████████ | | | | | | | | |
| 678. FIDELITY CAPITAL APPRECIATION FUND | | ████████████████████████████ | | | | | | | |
| 679. FIDELITY DIVIDEND GROWTH FUND | | ███████████████████████ | | | | | | | |
| 680. T. ROWE PRICE EQUITY INCOME FUND (This fund was | | | | | | | | | |
| 681. inadvertently omitted in the prior year report) | | | | | | | | | |
| 682. T. ROWE PRICE EQUITY INCOME FUND | ████████████████████████████████ | | | | | | | | |
| 683. | | | | | | | | | |
| 684. MISCELLANEOUS | | | | | | | | | |



1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 685. CASH | ████ | ████ | | | | | | | |
| 686. FINE ARTS HELD AS TENANT-IN-COMMON | ████ | | | | | | | | |
| 687. ARBOR PPTY TRUST | | ████ | ████ | | | | | | |
| 688. SERVICEMASTER LP | | ████ | ████ | | | | | | |
| 689. NOTE: JUDGE STEIN HAS ELECTED NOT TO LIST | | | | | | | | | |
| 690. INFORMATION BY ████ | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Judge a███████████ have contingent remainder interests in two charitable lead trusts.  No information with respect to these trusts was included in Part VII since the ████ have no present beneficial interests in these trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _August 16, 2005_

NOTE: AN̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ INGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544